UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JOSCELYN REID, and E.R., a minor, by AJA MOODY, his guardian ad litem,<br><br>Plaintiff,<br><br>vs.<br><br>COLUSA COUNTY OFFICE OF EDUCATION, RAUL RIVERA,<br><br>Defendants. | Case No.:  2:24-cv-01267-JAM-AC<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendants requested a 28-day extension of time to respond to the complaint. Good cause having been shown, the motion is **GRANTED**. Defendants shall respond to the complaint by **June 4, 2024**.

IT IS SO ORDERED.

Dated: May 08, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**1**
ORDER GRANTING DEFENDANTS' APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT