Tom Paoli (SBN 104772)
Tom Paoli, Trial Lawyer
425 Divisadero St., Suite 303
San Francisco, CA 94117
T: (415) 499-98863
F: 415-276-1760
E: tompaoli9@gmail.com

Russell L. Goodrow (SBN 248921)
Goodrow Law Office
3463 State Street, #249
Santa Barbara, CA 93105
Telephone (415) 722-7877
Fax (415) 276-1760
Email russ@goodrowlaw.com

Attorneys for Plaintiffs
Joscelyn Reid
E.R., a minor, by Aja Moody

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Joscelyn Reid, and E.R., by his guardian ad litem Aja Moody<br><br>    Plaintiffs,<br><br>v.<br><br>Colusa County Office of Education, and Raul Rivera<br><br>    Defendants. | No. 2:24-CV-01267-JAM-AC<br><br>**STIPULATION TO EXTEND EXPERT DISCOVEY DEADLINES**<br><br>Judge: Hon. John A. Mendez<br>Magistrate: Hon. Allison Claire<br>Courtroom: 6, 14th Floor<br><br>Complaint Filed: February 1, 2024<br><br>Trial Date: March 2, 2026 |

TO THIS HONORABLE COURT:

Defendants Colusa County Office of Education, and Raul Rivera ("Defendants") and Plaintiffs Joscelyn Reid, and E.R., by his guardian ad litem Aja Moody ("Plaintiffs") by and through their respective counsel of record, hereby enter into the following Stipulation to extend

- 1 -

*Reid, et al. v. Colusa County Office of Education* (2:24-CV-01267)
STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES

the dates of Expert Designation, Rebuttal Experts and Expert Discovery. This is the first request for an extension of Discovery. Good cause exists for such extension.

Jury Trial is 2 March 2026. The expert designation date is 30 May 2025. Rebuttal expert designation is 13 June 2025. Discovery Cut-Off is 25 July 2025.

Plaintiffs wish to designate an expert witness whose schedule does not allow production of a Rule 26 report until mid-July 2025. Plaintiffs learned about this delay in the late afternoon on May 16, 2025. Plaintiffs have only recently (in the last two months) identified the expert, who may be able to assist the jury in reaching a just and reasonable verdict, and in addition to the expert's schedule, plaintiffs are constrained in cooperating with the expert because of plaintiff E.R.'s incarceration in a juvenile facility in Colorado.

No party will suffer prejudice because of the extension to which the parties hereby stipulate. The stipulated dates begin 231 days before the jury trial, and it is respectfully requested that the Court enter the Proposed Order under the terms of this stipulation.

## **STIPULATION**

By this joint stipulation, the parties agree that:

1. The parties agree to extend expert designations to 14 July 2025
2. The parties agree to extend rebuttal expert designations to 29 July 2025
3. The parties agree to extend expert discovery to 8 September 2025.

**IT IS SO STIPULATED**

DATED: 5/21/2025                                TOM PAOLI, TRIAL LAWYER

By: ___/s/ Tom Paoli_____
Tom Paoli
Attorneys for PLAINTIFFS
Joscelyn Reid
E.R. by Aja Moody

| | | |
|---|---|---|
| 1 | DATED: 5/21/2025 | GOODROW LAW OFFICE |
| 2 | | By: ___/s/ Russell L. Goodrow_____ |
| 3 | | Russell L. Goodrow |
| | | Attorneys for PLAINTIFFS |
| 4 | | Joscelyn Reid |
| 5 | | E.R. by Aja Moody |
| 6 | DATED: 5/21/2025 | DIEPENBROCK & COTTER, LLP |
| 7 | | By: _____/s/ John P. Cotter_____ |
| 8 | | John P. Cotter |
| | | Attorneys for DEFENDANTS |
| 9 | | Colusa County Office of Education |
| | | Raul Rivera |

- 3 -

*Reid, et al. v. Colusa County Office of Education* (2:24-CV-01267)
STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Joscelyn Reid, and E.R., by his guardian ad litem Aja Moody<br><br>    Plaintiffs,<br><br>v.<br><br>Colusa County Office of Education, and Raul Rivera<br><br>    Defendants. | No. 2:24-cv-01267-JAM-AC<br><br>**ORDER EXTENDING EXPERT DISCOVERY DEADLINES**<br><br>Judge: Hon. John A. Mendez |

The Court having reviewed the Stipulation to Extend Expert Discovery Deadlines, and for good cause shown,

**IT IS SO ORDERED** that the Stipulation filed by the parties in *Reid, et al. v. Colusa County Office of Education, et al*. (2:24-CV-01267) is granted. The Court enters the following Order under its terms:

1. The May 30, 2025 Designation of Experts is now RESET for **July 14, 2025**.

2. The June 13, 2025 Rebuttal Experts is now RESET for **July 29, 2025**.

3. The July 25, 2025 Discovery Cut-Off for Expert Discovery is now RESET for **September 8, 2025**.

4. All other dates, deadlines, and instructions contained in the October 28, 2024 Pretrial Scheduling Order (ECF No. 19), shall remain in effect.

Dated: May 22, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE