Russell L. Goodrow (SBN 248921)
Goodrow Law Office
3463 State Street, #249
Santa Barbara, CA 93105
Telephone (415) 722-7877
Fax (415) 276-1760
Email russ@goodrowlaw.com

Tom Paoli (SBN 104772)
Tom Paoli, Trial Lawyer
425 Divisadero St., Suite 303
San Francisco, CA 94117
T: (415) 499-98863
F: 415-276-1760
E: tompaoli9@gmail.com

Attorneys for Plaintiffs
Joscelyn Reid
E.R., a minor, by Aja Moody

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO**

| | |
|---|---|
| **Joscelyn Reid, and E.R., by his guardian ad litem Aja Moody,**<br><br>　　**Plaintiffs,**<br><br>**v.**<br><br>**Colusa County Office of Education, and Raul Rivera,**<br><br>　　**Defendants.** | **No. 2:24-cv-01267-JAM-AC**<br><br>**STIPULATION TO DEFENDANTS' ADMITTED LIABILITY OF FAULT FOR THE COLLISION**<br><br>Judge: Hon. John A. Mendez<br>Magistrate: Hon. Allison Claire<br>Courtroom: 6, 14th Floor<br><br>Complaint Filed: February 1, 2024<br>Trial Date: March 2, 2026 |

TO THIS HONORABLE COURT:

- 1 -

*Reid, et al. v. Colusa County Office of Education* (2:24-cv-01267)

Defendants Colusa County Office of Education, and Raul Rivera ("Defendants") and Plaintiffs Joscelyn Reid, and E.R., by his guardian ad litem Aja Moody ("Plaintiffs") by and through their respective counsel of record, hereby enter the following Stipulation to Defendants' Admitted Liability of Fault for the Collision

Defendants admit that on 10 May 2023, at about 1:46 PM, in Williams, California, Raul Rivera, in the course and scope of his employment with the Colusa County Office of Education, was driving a truck and trailer west-bound on California State Route (S.R.) 20 where he began making a left-hand turn from S.R. 20 onto Husted Road and when Justin Daniel Reid coming in the east-bound lane on his motorcycle collided with defendants' truck and died. Defendants admit their negligence was the sole cause of the collision and a substantial factor in causing Justin Daniel Reid's death. Defendants admit Justin Daniel Reid was not negligent and not a substantial factor in causing his death.

Narrowing the issues to damages only, this stipulation is made in good faith, and the interests of justice are best served by its entry.

**IT IS SO STIPULATED.**

DATED: 18 August 2025                         TOM PAOLI, TRIAL LAWYER

                                                        By:   /s/ Tom Paoli
                                                        Tom Paoli
                                                        Attorneys for PLAINTIFFS
                                                        Joscelyn Reid
                                                        E.R. by Aja Moody

*Reid, et al. v. Colusa County Office of Education* (2:24-cv-01267)

DATED:  18 August 2025					GOODROW LAW OFFICE

						By:   /s/ Russell L. Goodrow
						      Russell L. Goodrow
						      Attorneys for PLAINTIFFS
						      Joscelyn Reid
						      E.R. by Aja Moody

DATED: 18 August 2025					DIEPENBROCK & COTTER, LLP

						By:    /s/ John P. Cotter
						       John P. Cotter
						       Attorneys for DEFENDANTS
						       Colusa County Office of Education
						       Raul Rivera

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Joscelyn Reid, and E.R., by his guardian ad litem Aja Moody,<br><br>    Plaintiffs,<br><br>v.<br><br>Colusa County Office of Education, and Raul Rivera,<br><br>    Defendants. | No. 2:24-cv-01267-JAM-AC<br><br>**ORDER REGARDING STIPULATION TO DEFENDANTS' ADMITTED LIABILITY OF FAULT FOR THE COLLISION**<br><br>Judge: Hon. John A. Mendez |

The Court having reviewed the Stipulation To Defendants' Admitted Liability of Fault For The Collision, and for good cause shown,

**IT IS SO ORDERED** that the Stipulation filed by the parties in *Reid, et al. v. Colusa County Office of Education, et al*. (2:24-cv-01267) is **GRANTED.** The Court enters the following Order under its terms:

1. Defendants admit that on 10 May 2023, at about 1:46 PM, in Williams, California, Raul Rivera, in the course and scope of his employment with the Colusa County Office of Education, was driving a truck and trailer west-bound on California State Route (S.R.) 20 where he began making a left-hand turn from S.R. 20 onto Husted Road and when Justin

Daniel Reid coming in the east-bound lane on his motorcycle collided with defendants' truck and died.

2. Defendants admit their negligence was the sole cause of the collision and a substantial factor in causing Justin Daniel Reid's death.

3. Defendants admit Justin Daniel Reid was not negligent and not a substantial factor in causing his death.

August 22, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE