**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOSCELYN REID, ET AL.,

  Plaintiffs,

v.

COLUSA COUNTY OFFICE OF EDUCATION, ET AL.,

  Defendants.

No.  2:24-cv-01267-JAM-AC

**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL DATE AND MODIFYING AMENDED PRETRIAL CONFERENCE ORDER**
**(ECF No. 40)**

The Court, having considered Plaintiffs' Ex Parte Application for Order Continuing Trial Date and Modifying Amended Pretrial Conference Order, and the supporting Declaration of Counsel and medical exhibit attached thereto, and finding good cause appearing therefor:

IT IS HEREBY ORDERED that the Ex Parte Application is **GRANTED.** The Court finds that modification of the Amended Pretrial Conference Order (Doc. 38) is necessary to prevent manifest injustice pursuant to Federal Rule of Civil Procedure 16(e), as Plaintiff Joscelyn Reid is medically unable to attend

the trial currently scheduled for March 02, 2026, due to medical risks associated with her pregnancy and a March 14, 2026, estimated date of delivery.

IT IS FURTHER ORDERED that:

1. The Trial Date of March 02, 2026, is hereby **VACATED.**

2. Trial is **CONTINUED** to **Monday, July 06, 2026, at 9:00 a.m.,** in Courtroom 6, before Senior District Judge John A. Mendez.

3. All other dates and deadlines set forth in the Amended Pretrial Conference Order (Doc. 38) are modified as adjusted by the new trial date.

IT IS SO ORDERED.

Dated: February 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE