DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1435 River Park Drive, Suite 400
Sacramento, California 95815
T. (916) 565-6222 | F. (916) 565-6220
E. jpc@diepenbrockcotter.com

Attorneys for Defendants
COLUSA COUNTY OFFICE OF EDUCATION and RAUL
RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JOSCELYN REID, and E.R., a minor, by AJA MOODY, his guardian ad litem,<br><br>Plaintiff,<br><br>vs.<br><br>COLUSA COUNTY OFFICE OF EDUCATION, RAUL RIVERA, and DOES 1-25<br><br>Defendants. | Case No.: 2:24-CV-01267-JAM-AC<br><br>STIPULATION OF COUNSEL RE: PRE-TRIAL FILING/ EXCHANGE DATES |

Defendants Colusa County Office of Education, and Raul Rivera ("Defendants") and Plaintiffs Joscelyn Reid, and E.R., by his guardian ad litem Aja Moody ("Plaintiffs") by and through their respective counsel of record, hereby enter the following Stipulation:

1) The Court vacated the 3/2/26 trial date in this case following an ex parte application from Plaintiffs and continued the trial of this case to 7/6/26.

2) On 2/10/26 the Court issued a formal order on the trial continuance. Page 2, Lines 9-11 of the Court's order states as follows: "All other dates and deadlines set forth in the Amended Pretrial Conference Order (Doc. 38) are modified as adjusted by the new trial date." A copy of the Court's order is attached hereto as Exhibit "A".

3) So that the Court and all counsel are aligned on the actual pre-trial filing and exchange

dates, and to avoid any ambiguity or confusion, Plaintiffs and Defendants hereby stipulate that the following dates apply for pre-trial filing/ exchange consistent with the Court's 2/10/26 order (Exhibit "A"):

    a.  Deadline to request technology training meeting with M. York: **6/19/26**

    b.  Parties to exchange copies of exhibits: **6/22/26**

    c.  In limine motions shall be E-filed separately on or before: **6/26/26**

    d.  Deadline to call M. York to ascertain the status of the trial date: **6/26/26**

    e.  File and serve objections to any of the exhibits: : **6/29/26[1]**

    f.  E-file a joint statement of the case: : **6/29/26**

    g.  Trial briefs may be E-filed: **6/29/26**

    h.  Lodge via ECF "Jury Instructions Without Objection" and email Word version to jhayes@caed.uscourts.gov: **6/29/26**

    i.  Depositions shall be lodged with the court clerk: **6/29/26**

    j.  E-file and exchange statement designating portions of depositions intended to be offered or read into evidence: **6/29/26**

    k.  Proposed voir dire should be submitted via ECF: **6/29/26**

    l.  Proposed verdict forms should be submitted via ECF: **6/29/26**

    m. E-file and exchange portions of Answers to Interrogatories and/or Requests for Admission intended to be offered or read into evidence: **6/29/26**

    n.  Opposition briefs to *in limine* motions shall be E-filed (no replies permitted): **7/1/26**

    o.  Submit via ECF "Disputed Jury Instructions"

---

[1] The Court's Amended Pre-Trial Order (Doc. 38) mandates that objections be filed 5 days after the exchange of exhibits (See, Exhibit "A", Page 10: Lines 18-21); 5 days after 6/22/26 is 6/27/26 (a Saturday); thus the parties propose 6/29/26 as the proposed objection date.

STIPULATION OF COUNSEL RE: PRE-TRIAL FILING/ EXCHANGE DATES

and email Word version to jhayes@caed.uscourts.gov:        **7/2/26[2]**

4) Plaintiffs and Defendants respectfully request that the Court issue an amended Pretrial Conference Order confirming the aforementioned, agreed-upon dates.  This stipulation is made in good faith, and the interests of justice are best served by its entry.

**IT IS SO STIPULATED.**

DATED:  March 3, 2026                    TOM PAOLI, TRIAL LAWYER

                                         */s/ Tom Paoli*
                                         By: _____
                                         TOM PAOLI
                                         Attorneys for Plaintiffs
                                         Joscelyn Reid
                                         E.R. by Aja Moody

DATED:  March 3, 2026                    GOODROW LAW OFFICE

                                         */s/ Russell Goodrow*
                                         By: _____
                                         RUSSELL GOODROW
                                         Attorneys for Plaintiffs
                                         Joscelyn Reid
                                         E.R. by Aja Moody

DATED:  March 3, 2026                    DIEPENBROCK & COTTER, LLP

                                         */s/ John. P. Cotter*
                                         By: _____
                                         JOHN P. COTTER
                                         Attorneys for Defendants
                                         Colusa County Office of Education
                                         Raul Rivera

---

[2] Calculated as three days prior to trial. Because three days prior to July 6, 2026, falls on Friday, July 3, 2026 (the federal observance of Independence Day), the deadline continues to run backward to the nearest preceding business day under Fed. R. Civ. P. 6(a)(5) and 6(a)(6).

STIPULATION OF COUNSEL RE: PRE-TRIAL FILING/ EXCHANGE DATES

DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1435 River Park Drive, Suite 400
Sacramento, California 95815
T. (916) 565-6222 | F. (916) 565-6220
E. jpc@diepenbrockcotter.com

Attorneys for Defendants
COLUSA COUNTY OFFICE OF EDUCATION and RAUL
RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JOSCELYN REID, and E.R., a minor, by AJA MOODY, his guardian ad litem,<br><br>Plaintiff,<br><br>vs.<br><br>COLUSA COUNTY OFFICE OF EDUCATION, and RAUL RIVERA,<br><br>Defendants. | Case No.: 2:24-cv-01267-JAM-AC<br><br>**ORDER RE: STIPULATION OF COUNSEL ON PRE-TRIAL FILING/ EXCHANGE DATES** |

The Court having reviewed the Stipulation of the Parties to confirm Pre-Trial Filing and Exchange Dates consistent with the Court's 2/10/26 order continuing the trial of this case to 7/6/26, and for good cause shown:

**IT IS SO ORDERED** that the stipulation of the parties in *Reid, et al. v. Colusa County Office of Education, et al.* (2:24-CV-01267) is granted. The Court orders that Pre-Trial Filing and Exchange dates in this case are as follows:

a. Deadline to request technology training meeting

with M York: **6/19/26**

b. Parties to exchange copies of exhibits: **6/22/26**

c. In limine motions shall be E-filed separately

**1**

ORDER RE: PRE-TRIAL FILING/ EXCHANGE DATES

on or before: **6/26/26**

d.  Deadline to call M York to ascertain the status

of the trial date: **6/26/26**

e.  File and serve objections to any of the exhibits: : **6/29/26**[1]

f.  E-file a joint statement of the case: : **6/29/26**

g.  Trial briefs may be E-filed: **6/29/26**

h.  Lodge via ECF "Jury Instructions Without Objection"

and email Word version to jhayes@caed.uscourts.gov: **6/29/26**

i.  Depositions shall be lodged with the court clerk: **6/29/26**

j.  E-file and exchange statement designating portions

of depositions intended to be offered or read into evidence: **6/29/26**

k.  Proposed voir dire should be submitted via ECF: **6/29/26**

l.  Proposed verdict forms should be submitted via ECF: **6/29/26**

m. E-file and exchange portions of Answers to Interrogatories

and/or Requests for Admission intended to be offered or

read into evidence: **6/29/26**

n.  Opposition briefs to *in limine* motions shall be

E-filed (no replies permitted): **7/1/26**

o.  Submit via ECF "Disputed Jury Instructions"

and email Word version to jhayes@caed.uscourts.gov: **7/2/26**[2]

Dated: March 04, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court's Amended Pre-Trial Order (Doc. 38) mandates that objections be filed 5 days after the exchange of exhibits (See, Exhibit "A", Page 10: Lines 18-21); 5 days after 6/22/26 is 6/27/26 (a Saturday); thus the parties propose 6/29/26 as the proposed objection date.
[2] Calculated as three days prior to trial. Because three days prior to July 6, 2026, falls on Friday, July 3, 2026 (the federal observance of Independence Day), the deadline continues to run backward to the nearest preceding business day under Fed. R. Civ. P. 6(a)(5) and 6(a)(6).

ORDER RE: PRE-TRIAL FILING/ EXCHANGE DATES