DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
ANTHONY R. ROSSMILLER, State Bar No. 215652
1435 River Park Drive, Suite 400
Sacramento, California 95815
T. (916) 565-6222 | F. (916) 565-6220
E. jpc@diepenbrockcotter.com

Attorneys for Defendants
COLUSA COUNTY OFFICE OF EDUCATION and RAUL RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JOSCELYN REID, and E.R., a minor, by AJA MOODY, his guardian ad litem,<br><br>Plaintiff,<br><br>vs.<br><br>COLUSA COUNTY OFFICE OF EDUCATION and RAUL RIVERA,<br><br>Defendants. | Case No.: 2:24-cv-01267-JAM-AC<br><br>**STIPULATION AND ORDER TO AMEND WITNESS LIST** |

WHEREAS, this matter is currently set for trial to begin on July 6, 2026.

WHEREAS, this matter was previously set for trial on March 2, 2026, but was continued due to the unavailability of Plaintiff Joscelyn Reid.

WHEREAS, Defendants previously designated as a witness Michael West, Superintendent of Schools, Colusa County Office of Education.

WHEREAS, Michael West has retired and Defendants wish to amend their witness list to also include the new Superintendent of Schools, Charles Wayman.

WHEREAS, Defendants' counsel estimates that should Mr. Wayman testify, his testimony would be approximately 5 minutes or less.

WHEREAS, the parties hereby stipulate to a Court order permitting Charles Wayman to be added to the Defendants' witness list.

SO STIPULATED,

DATED:  June 17, 2026          DIEPENBROCK & COTTER, LLP

                                    /s/ John P. Cotter
                               By: _____
                                    JOHN P. COTTER
                                    Attorney for Defendants
                                    COLUSA COUNTY OFFICE OF EDUCATION and
                                    RAUL RIVERA

DATED: June 17, 2026           GOODROW LAW OFFICE
                               TOM PAOLI, Trial Lawyer

                                    /s/ Russell L. Goodrow
                                    /s/ Tom Paoli
                               By: _____
                                    RUSSELL L. GOODROW
                                    TOM PAOLI
                                    Attorney for Plaintiffs
                                    E.R. and JOSCELYN REID

# ORDER

Based on the stipulation of the parties and good cause appearing, it is hereby ordered that Defendants may **ADD Charles Wayman t**o their witness list for trial.

Dated: June 22, 2026          _____
                               JOHN A. MENDEZ,
                               SENIOR UNITED STATES DISTRICT JUDGE

**2**

STIPULATION AND ORDER TO AMEND WITNESS LIST