Tom Paoli (SBN 104772)
Tom Paoli, Trial Lawyer
425 Divisadero St., Suite 303,
San Francisco, CA 94117
T:(415) 499-9863
E: tompaoli9@gmail.com

Russell L. Goodrow (SBN 248921)
Goodrow Law Office
3463 State Street, #249
Santa Barbara, CA 93105
T: (415) 722-7877
E: russ@goodrowlaw.com

Attorneys for Plaintiffs JOSCELYN REID and E.R.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOSCELYN REID, ET AL.,

Plaintiffs,

v.

COLUSA COUNTY OFFICE OF EDUCATION, ET AL.,

Defendants.

No. 2:24-cv-01267-JAM-AC

**JUDGMENT; STIPULATION AND ORDER FOR EQUAL APPORTIONMENT OF JUDGMENT**

Trial Date: July 06, 2026

Judge: Hon. John A. Mendez

**I. THE STIPULATION**

WHEREAS, a jury trial in this matter concluded with a verdict in favor of Plaintiffs on July 9, 2026, in the total amount of $325,000.00.

WHEREAS, all parties to this action, by and through their respective counsel of record, have met and conferred and agree to the apportionment of the damages awarded.

IT IS HEREBY STIPULATED AND AGREED that the Court shall apportion and distribute the total judgment equally between the Plaintiffs, allocating 50% of the total judgment to Plaintiff Joscelyn Reid and 50% of the total judgment to Plaintiff E.R.

Dated: July 13, 2026

TOM PAOLI, TRIAL LAWYER

By: /s/ Tom Paoli

Tom Paoli
Attorneys for Plaintiffs

Dated: July 13, 2026

GOODROW LAW OFFICE

By: /s/Russell L. Goodrow

Russell L. Goodrow
Attorneys for Plaintiffs

DATED: July 13, 2026

DIEPENBROCK & COTTER, LLP

By: /s/John P. Cotter

JOHN P. COTTER
Attorneys for Defendants
Colusa County Office of Education
Raul Rivera

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOSCELYN REID, ET AL.,

Plaintiffs,

v.

COLUSA COUNTY OFFICE OF EDUCATION, ET AL.,

Defendants.

No. 2:24-cv-01267-JAM-AC

**JUDGMENT; ORDER GRANTING EQUAL APPORTIONMENT OF JUDGMENT.**

Trial Date: July 6, 2026

Judge: Hon. John A. Mendez

This action came before the Court for trial by jury. The issues have been tried, and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED July 09, 2026.

The Court, having considered the parties' Stipulation for Equal Apportionment of Judgment, and good cause appearing therefor, HEREBY ORDERS that the judgment in this matter shall be apportioned

equally, with 50% allocated to Plaintiff Joscelyn Reid and 50% allocated to Plaintiff E.R.

**IT IS SO ORDERED.**

Dated: July 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE