Tom Paoli (SBN 104772)
Tom Paoli, Trial Lawyer
425 Divisadero St., Suite 303,
San Francisco, CA 94117
T:(415) 499-9863
E: tompaoli9@gmail.com

Russell L. Goodrow (SBN 248921)
Goodrow Law Office
3463 State Street, #249
Santa Barbara, CA 93105
T: (415) 722-7877
E: russ@goodrowlaw.com

Attorneys for Plaintiffs JOSCELYN REID and E.R.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOSCELYN REID, ET AL.,

Plaintiffs,

v.

COLUSA COUNTY OFFICE OF EDUCATION, ET AL.,

Defendants.

No. 2:24-cv-01267-JAM-AC

**AMENDED JUDGMENT; AMENDED STIPULATION AND ORDER FOR EQUAL APPORTIONMENT OF AMENDED JUDGMENT**

Trial Date: July 06, 2026

Judge: Hon. John A. Mendez

**I. THE STIPULATION**

WHEREAS, a jury trial in this matter concluded with a verdict in favor of Plaintiffs on July 9, 2026, in the total amount of $325,000.00.

WHEREAS, all parties to this action, by and through their respective counsel of record, have stipulated the claim for burial expenses in the amount of $6,688.81 shall be added to this judgment.

WHEREAS the defendants' Bill of Costs under their Offer of Judgment total $2,416.98 shall be deducted from the judgment total.

WHEREAS, all parties to this action, by and through their respective counsel of record, have met and conferred and agree to the apportionment of the damages awarded.

IT IS HEREBY STIPULATED AND AGREED that the Court shall apportion and distribute the total amended judgment of $329,271.83 equally between the Plaintiffs, allocating 50% of the total judgment to Plaintiff Joscelyn Reid and 50% of the total judgment to Plaintiff E.R.

Dated: August 18, 2026

TOM PAOLI, TRIAL LAWYER
By: /s/ Tom Paoli
Tom Paoli
Attorneys for Plaintiffs

Dated: August 18, 2026

GOODROW LAW OFFICE
By: /s/Russell L. Goodrow
Russell L. Goodrow
Attorneys for Plaintiffs

DATED: August 18, 2026

DIEPENBROCK & COTTER, LLP

By: /s/John P. Cotter
JOHN P. COTTER
Attorneys for Defendants
Colusa County Office of Education
Raul Rivera

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSCELYN REID, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>COLUSA COUNTY OFFICE OF EDUCATION, ET AL.,<br><br>Defendants. | No. 2:24-cv-01267-JAM-AC<br><br>**AMENDED JUDGMENT; AMENDED ORDER GRANTING EQUAL APPORTIONMENT OF AMENDED JUDGMENT.**<br><br>Trial Date: July 6, 2026<br><br>Judge: Hon. John A. Mendez |

This action came before the Court for trial by jury. The issues have been tried, and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT THE JUDGMENT IS HEREBY AMENDED TO THE TOTAL AMOUNT OF $ 325,000.00, IN ACCORDANCE WITH THE JURY VERDICT RENDERED July 09, 2026, AND THE PARTIES' STIPULATION (ECF NO. 110), FOR A TOTAL AMOUNT OF **$329,271.83.**

The Court, having considered the parties' Stipulation for Equal Apportionment of Judgment, and good cause appearing therefor, HEREBY ORDERS that the judgment is amended to the total amount of $329,271.83, which shall be apportioned equally, with 50% allocated to Plaintiff Joscelyn Reid and 50% allocated to Plaintiff E.R.

IT IS SO ORDERED.

Dated: August 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE